UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM D. COSTA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Commissioner, Social Security Administration,<br><br>    Defendant. | Case No.: 13-CV-01724-YGR<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

The parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case more expeditiously than the undersigned district judge.

Accordingly, the parties are hereby DIRECTED to advise the Court, no later than May 28, 2013, whether they consent to have a magistrate judge conduct all further proceedings in the instant action. Normally, the parties would be directed to so inform the court in their Joint Case Management Statement filed in connection with the initial case management conference. However, because this case involves a review of an administrative record, a case management conference has not been scheduled. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge. Counsel shall consult with

their clients regarding reassignment to a magistrate judge, and (if both parties consent to reassignment) shall meet and confer with opposing counsel to select a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: May 13, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**